LODGED
2017 OCT 18 PM 2:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY


FILED
CLERK, U.S. DISTRICT COURT
OCT 23 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THEODOSIOS ROUSSOS, | Case No. 2:17-cv-04256-JFW |
| Appellant, | Related to: Case No. 2:16-cv-00601-JFW<br>Case No. 2:16-cv-00607-JFW<br>Case No. 2:16-cv-08612-JFW<br>Case No. 2:16-cv-08642-JFW<br>Case No. 2:16-cv-08643-JFW<br>Case No. 2:17-cv-00552-JFW |
| v. | |
| HOWARD M. EHRENBERG, Chapter 7 Trustee, | Chapter 7 Bankruptcy Case No. 2:15-bk-21624- ER Jointly Administered With: Bankruptcy Case No. 2:15-bk-21626- ER |
| Appellee. | **ORDER APPROVING JOINT STIPULATION TO DISMISS APPEAL PURSUANT TO FED. R. CIV. PROC. 42(B)** |

1

# [~~PROPOSED~~] ORDER

Having considered the Stipulation To Dismiss Appeal Pursuant to Fed. R. Civ. Proc. 42(B),

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.
2. The Appeal is DISMISSED in accordance with the Stipulation.

**IT IS SO ORDERED.**

Dated: 10/23/18

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE